**Terrell D. CROUT, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 75159.**

Missouri Court of Appeals, Western District.

July 30, 2013.

Laura G. Martin, District Defender, Kansas City, MO, for appellant.

Chris Koster, Attorney General, and Andrew C. Hooper, Assistant Attorney General, Jefferson City, MO, for respondent.

Before Division III: LISA WHITE HARDWICK, Presiding Judge, and MARK D. PFEIFFER and CYNTHIA L. MARTIN, Judges.

### Order

PER CURIAM:

Terrell D. Crout appeals the judgment of the Circuit Court of Jackson County, Missouri, denying his Rule 24.035 motion for post-conviction relief. Mr. Crout alleges that he received ineffective assistance of counsel. For reasons explained in a memorandum provided to the parties, we find no error and affirm. Rule 84.16(b).